THE TIFFANY REALTY COMPANY, Appellant, v. ESTEY CONSTRUCTION CORPORATION, Respondent.

(Submitted March 18, 1929; decided March 26, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 250 N. Y. 546.)

NATHAN COHEN, Respondent, v. A. F. A. REALTY CORPORATION, Appellant, and B'ROADWAY MAGNOLIA REALTY CORPORATION, Respondent.

(Submitted March 18, 1929; decided March 26, 1929.)

MOTION to amend remittitur. (See 250 N. Y. 262.)

Motion granted and remittitur amended by adding thereto the following:

" It is hereby adjudged that A. F. A. Realty Co. have a lien on the premises described in the complaint for the amount of said judgment and judgment of foreclosure and sale on said lien as provided in the judgment of the Supreme Court to be entered hereon, without prejudice, however, to the right of any purchaser for value and in good faith to litigate the claim that the lien as to such purchaser is invalid."